**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Gilbert Vega | Social Security number or ITIN  xxx–xx–1184 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of New York | |
| Case number: | 20–35812–cgm | |

# Discharge of Debtor(s) and Order of Final Decree

12/15

A petition under title 11, United States Code was filed by or against the Debtor(s) on 7/31/20; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the Debtor(s) is entitled to a discharge and the estate of the above named Debtor(s) has been full administered.

**IT IS ORDERED:**

- The Debtor(s) is granted a discharge under 11 U.S.C. § 727.
- Lori Lapin Jones is discharged as the Trustee of the Debtors estate and the bond is cancelled.
- The chapter 7 case of the above–named Debtor(s) is closed.

1/14/21

**By the court:**   Cecelia G. Morris
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order grants a discharge to the person named above. It does not dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 20-35812-cgm |
| Gilbert Vega | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-4 | User: | Page 1 of 2 |
| Date Rcvd: Jan 14, 2021 | Form ID: 155new | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gilbert Vega, 8 Larissa Lane, Wappingers Falls, NY 12590-3506 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| 7741450 | + | BOTTTINI FUEL, ATT: PRESIDENT, 2785 WEST MAIN STREET, WAPPINGERS FALLS, NY 12590-1576 |
| 7741454 | #+ | CONSTAR FINANCIAL SERVICES LL, ATTN: PRESIDENT, 3561 W. BELL ROAD, PHOENIX, AZ 85053-2965 |
| 7741456 | + | GM FINANCIAL LEASING, PO BOX 100, ATTN: PRESIDENT, BUFFALO, NY 14231-0100 |
| 7741463 | + | RADIUS GLOBAL SOLUTIONS LLC, ATTN: PRESIDENT, PO BOX 390905, MINNEAPOLIS, MN 55439-0905 |
| 7741464 | + | RECEIVABLE MANAGEMENT SERVICES, ATT: PRESIDENT, 77 HARTLAND ST. STE 401, EAST HARTFORD, CT 06108-3253 |
| 7741467 | + | THD/CBSD(HOME DEPOT), ATT: PRESIDENT, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 7741468 | + | VASSAR BROTHERS MEDICAL CTR, ATT: PRESIDENT, 45 READE PLACE, POUGHKEEPSIE, NY 12601-3947 |
| 7741469 | + | VELOCITY INVESTMENTS LLC, PO BOX 788, BELMAR, NJ 07719-0788 |
| 7741471 | + | WPNY ANESTHESIA, PLLC, PO BOX 21619, NEW YORK, NY 10087-1619 |
| 7741472 | + | ZWICKER & ASSOCIATES, PC, 80 MINUTEMAN ROAD, ANDOVER, MA 01810-1008 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 7741449 | | EDI: GMACFS.COM | Jan 15 2021 00:13:00 | ALLY FINANCIAL, ATTN: PRESIDENT, BANKRUPTCY DEPT: PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 7741457 | | EDI: HNDA.COM | Jan 15 2021 00:13:00 | HONDA FINANCIAL SERVICES, ATT: PRESIDENT, PO BOX 70252, PHILADELPHIA, PA 19176 |
| 7741451 | + | EDI: CAPITALONE.COM | Jan 15 2021 00:13:00 | CAPITAL ONE BANK, ATTN: PRESIDENT, 1680 CAPITAL ONE DRIVE, MC LEAN, VA 22102-3407 |
| 7741455 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 14 2021 19:24:47 | CREDIT ONE BANK, ATT: PRESIDENT, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 7741460 | | EDI: CITICORP.COM | Jan 15 2021 00:13:00 | MACY'S, ATT: PRESIDENT, PO BOX 689195, DES MOINES, IA 50368 |
| 7741458 | | EDI: IRS.COM | Jan 15 2021 00:13:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 7741452 | | EDI: JPMORGANCHASE | Jan 15 2021 00:13:00 | CHASE - CC, ATT: BANKRUPTCY DEPARTMENT, PO BOX 15298, WILMINGTON, DE 19850 |
| 7741453 | | EDI: JPMORGANCHASE | Jan 15 2021 00:13:00 | CHASE BANK, ATT: PRESIDENT, PO BOX 260180, BATON ROUGE, LA 70826 |
| 7741459 | + | Email/Text: bk@lendingclub.com | Jan 14 2021 19:12:00 | LENDING CLUB, 71 STEVENSON STREET, STE 300, SAN FRANCISCO, CA 94105-2985 |

20-35812-cgm    Doc 20    Filed 01/16/21    Entered 01/17/21 00:08:44    Imaged
Certificate of Notice    Pg 4 of 4

| District/off: 0208-4 | User: | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2021 | Form ID: 155new | Total Noticed: 28 |

| 7741461 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | | Jan 14 2021 19:13:00 | NYS DEPT OF TAXATION, TAX COMPLIANCE CENTRAL OFFICE, W.A. HARRIMAN CAMPUS, ALBANY, NY 12227-0001 |
| 7741462 | + | Email/Text: recovery@paypal.com | | |
| | | | Jan 14 2021 19:12:00 | PAYPAL, ATT: PRESIDENT, 2211 NORTH FIRST STREET, SAN JOSE, CA 95131-2021 |
| 7742038 | + | EDI: PRA.COM | | |
| | | | Jan 15 2021 00:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 7741465 | + | EDI: RMSC.COM | | |
| | | | Jan 15 2021 00:13:00 | SYNC/WALMART, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 7741466 | | EDI: TDBANKNORTH.COM | | |
| | | | Jan 15 2021 00:13:00 | TD BANK, N.A., ATTN: PRESIDENT, 32 CHESTNUT STREET, LEWISTON, ME 04240 |
| 7741470 | + | EDI: WFFC.COM | | |
| | | | Jan 15 2021 00:13:00 | WELLS FARGO HOME MORTGAGE, ATT: PRESIDENT, 3480 STATEVIEW BLVD, FORT MILL, SC 29715-7203 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 16, 2021                Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dario DiLello | on behalf of Debtor Gilbert Vega dario@centralparklaw.com  dilellodr79006@notify.bestcase.com |
| Lori Lapin Jones | ljones@jonespllc.com  N265@ecfcbis.com |
| United States Trustee | USTPRegion02.PK.ECF@USDOJ.GOV |

TOTAL: 3